District Judge Barbara J. Rothstein
Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROHIT ROHIT,<br><br>    Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Respondents. | CASE NO. C19-1441 BJR BAT<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED FOR CONSIDERATION:<br>November 15, 2019 |

  The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

  U.S. Citizenship and Immigration Services' ("USCIS") asylum office has agreed to exercise its discretionary authority to *sua sponte* conduct in good faith a *de novo* review of the credible fear finding of Petitioner Rohit Rohit to determine if reconsideration of the negative determination is warranted. USCIS interviewed Petitioner again, with the assistance of counsel, on Friday, November 15, 2019. If Petitioner establishes that he can meet the credible fear standard, Respondent DHS will issue and file a Notice to Appear, placing Petitioner in full removal proceedings before the Immigration Judge.

Stipulation and Order for Dismissal C19-1441
BJR-BAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties agree that this matter is now moot and may be dismissed with prejudice and without costs or fees to any party. In addition, the Court's temporary stay per its September 11, 2019 Order (Dkt. No. 3) is hereby lifted.

DATED this 15th day of November, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT,
NYS#4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:253-428-3800
E-mail: michelle.lambert@usdoj.gov
*Attorneys for Respondents*

/s/ Jennifer Kim Lesmez
Jennifer Kim Lesmez , WSBA# 34547
Law Offices of Jennifer Lesmez
5800 Soundview Drive, Ste. B-104
Gig Harbor, WA 98335
509-424-8697
Email: Jlesmez@aol.com

*Attorney for Petitioner*

Stipulation and Order for Dismissal C19-1441
BJR-BAT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed with prejudice and without costs or fees for any party. The temporary stay is hereby lifted.

Dated this 18th day of November, 2019.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

Recommended for entry this 18 of Nov., 2019.

_____
BRIAN A. TSUCHIDA
Chief Magistrate Judge

Stipulation and Order for Dismissal
C19-1441 BJR-BAT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970